IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   Case No.: **25-MJ-0766** |
| | * |
| BINDHAYA BISTA | * |
| | * |
| Defendant | * |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Thomas C. Mooney and the law firm of Thomas C. Mooney Law Offices on behalf of the defendant in this matter.

Respectfully submitted,
/s/ *Thomas C. Mooney*
Thomas C. Mooney, Esq.
The Law Office of Thomas C. Mooney
14750 Main St., Suite C
Upper Marlboro, Maryland 20772
301-574-0800
Client Protection Fund # 9812160243
discovery@thomasmooneylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2025, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF System which will send notification of this filing to all parties.

*Thomas C Mooney*
_____
Thomas C. Mooney